# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 31, 2014 |
| Court Reporter: Janet Coppock | Time: 54 minutes |
| Probation Officer: Gary Kruck | Interpreter: Susana Cahill |

**CASE NO.  14-CR-00128-PAB and 14-CR-00318-PAB**

<u>Parties</u>                                                                 <u>Counsel</u>

**UNITED STATES OF AMERICA,**                        Geoffrey Rieman

   Plaintiff,

vs.

**MARIA ALBERTINA VELASQUEZ-SOSA,**     Robert Pepin

   Defendant.

## SENTENCING and PROBATION REVOCATION

**10:04 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

Court advises that the defendant has not been arrested on the warrant for violation of probation and questions why and discussions regarding how the parties wish to proceed.

Page Two
14-CR-00128-PAB and 14-CR-00318-PAB
October 31, 2014

Comments by Mr. Pepin.

Comments by Mr. Rieman.

### INITIAL APPEARANCE - 14-CR-00318-PAB

**ORDERED:**  Federal Public Defender's office is **APPOINTED**.

Defendant waives her rights to a detention and probable cause hearing.

Defendant waives further advisement of the alleged probation violation.

**ORDERED:**  Court orders the defendant be **DETAINED.**

Mr. Pepin advises that the defendant is prepared to proceed with the revocation hearing and sentencing.

No objection by Mr. Rieman.

### SENTENCING - 14-CR-00128-PAB

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Defendant orally moves for a one-level variant sentence.

No objection by Mr. Rieman.

**ORDERED:**  Defendant's oral motion for one-level variant sentence is **GRANTED**.

**ORDERED:**  Defendant shall file a written motion for a one-level variant sentence by the end of the day.

Argument by Mr. Pepin in support of the defendant's motion for a variant sentence and comments addressing sentencing.

Argument by Mr. Rieman and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Page Three
14-CR-00128-PAB and 14-CR-00318-PAB
October 31, 2014

**ORDERED:**  Defendant's Oral Motion for Variant Sentence is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **June 6, 2014** to count **1 of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **time served.**

**ORDERED:**  Defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:  Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:  Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:**  No fine is imposed because the defendant does not have the ability to pay a fine.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Page Four
14-CR-00128-PAB and 14-CR-00318-PAB
October 31, 2014

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived certain appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

### 14-CR-00318- PROBATION REVOCATION HEARING

**ORDERED:** The statement of facts in the Petition for Violation of Probation is not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Defendant ADMITS to the violation alleged in the Petition for Violation of Probation.

Mr. Pepin addresses sentencing.

Mr. Rieman addresses sentencing.

Court states its findings and conclusions.

**ORDERED:**  Probation is **REVOKED**.

**ORDERED:**  Defendant shall be **imprisoned** for **3** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant within the **District of Colorado, if possible, and if not a facility that is proximate to Colorado.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**10:58 a.m.    COURT IN RECESS**

**Total in court time:   54 minutes**

**Hearing concluded**